**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), |  |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). |  |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____        _____
*Date*                          *Signature of Attorney/Party*

*NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*  **F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2019, I electronically filed the foregoing **NOTICE OF DISMISSAL OF DEFENDANTS, ORTHOCOR MEDICAL, INC. AND CAERUS CORP.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David Martinez, Esq.<br>ROBINS KAPLAN, LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>T: (310) 552-0130<br>F: (310) 229-5800<br>dmartinez@robinskaplan.com<br><br>Attorneys for Defendants<br>ORTHOCOR MEDICAL, INC. and<br>CAERUS CORP. | Christopher K. Larus, Esq.<br>Sharon E. Roberg-Perez, Esq.<br>Alyssa N. Lawson, Esq.<br>ROBINS KAPLAN, LLP<br>800 LaSalle Ave., Ste. 2800<br>Minneapolis, MN 55402<br>T: (612) 349-8500<br>F: (612) 339-4181<br>clarus@robinskaplan.com<br>sroberg-perez@robinskaplan.com<br>alawson@robinskaplan.com<br><br>Attorneys for Defendants<br>ORTHOCOR MEDICAL, INC. and<br>CAERUS CORP. |
| Andrew S. Dallmann, Esq.<br>Gary L. Eastman, Esq.<br>EASTMAN McCARTNEY DALLMANN, LLP<br>2603 Main St., Ste. 200<br>Irvine, CA 92614<br>T: (949) 379-6649<br>F: (949) 218-4099<br>andrew@emdllp.com<br>gary@emdllp.com | |

I also certify the document and a copy of the Notice of Electronic Filing was served via email on the following non-CM/ECF participants:

/s/ *Roland J. Tong*
Roland J. Tong