JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/22/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDONOVO THERAPEUTICS, INC., a Delaware Corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>KVP INTERNATIONAL, INC., a California Corporation,<br><br>                  Defendant. | Case No. 5:19-cv-00257-JAK-KKx<br><br>**JUDGMENT** |

The Court hereby enters Judgment as follows:

1. Endonovo is bound by its covenant not to sue KVP for infringement of any claims of the patents-in-suit based on the products that KVP is currently making, using, selling, offering for sale, or importing, or the products that KVP has made, used, sold, offered for sale, or imported at any time before October 8, 2019.

2. Pursuant to Fed. R. Civ. P. 41(a)(2), all of Endonovo's claims against KVP in this action are hereby **DISMISSED WITH PREJUDICE.**

3. Pursuant to Fed. R. Civ. P. 41(a)(2), all of KVP's counterclaims against Endonovo in this action are hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

Dated: April 22, 2020  _____
John A. Kronstadt
United States District Judge